UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) Criminal Action No. 6:20-CR-006-CHB-1 ) ) |
| FRANCISCO ENRIQUE-CORTEZ, | ) **ORDER ADOPTING** ) **RECOMMENDATION OF** ) **ACCEPTANCE OF GUILTY PLEA** |
| Defendant. | ) ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommendation of Acceptance of Guilty Plea filed by United States Magistrate Judge Hanly A. Ingram [R. 30]. The Recommendation instructed the parties to file any specific written objections within three (3) days, or else waive the right to further review. [*Id.*] Neither party has objected to Magistrate Judge Ingram's Recommendation, and the time to do so has now passed. Defendant Enrique-Cortez also filed a consent to plead before the United States Magistrate Judge. [R. 28]

Upon review, the Court is satisfied that Defendant Francisco Enrique-Cortez knowingly and competently pled guilty to the charged offense and that an adequate factual basis supports the plea as to each essential element of the offense charged. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Judge Ingram's Recommendation of Acceptance of Guilty Plea [**R. 30**] is **ADOPTED** as and for the opinion of this Court.

2. Defendant Francisco Enrique-Cortez is **ADJUDGED** guilty of Count 1 of the

Indictment.

3. The Defendant's Jury Trial and all other pre-trial proceedings are hereby **CANCELLED** and **STRICKEN** from the Court's docket.

This the 15th day of June, 2020.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY